IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Robert Carlin,<br><br>    Plaintiff,<br><br>vs.<br><br>Federal Defenders of Western North Carolina, Inc.,<br><br>    Defendant. | C/A No. 3:13-cv-00365<br><br>**ORDER** |

      This matter comes before the court on Plaintiff's Second Motion to Compel Discovery and Defendant's Motion to Compel, ECF Nos. 28 & 30, respectively. After considering the briefs filed in this matter, the court has decided to DENY the remainder of Plaintiff's Second Motion to Compel Discovery, ECF No. 28, and to GRANT IN PART Defendant's Motion to Compel, ECF No. 30.

      Concerning Plaintiff's Second Motion to Compel Discovery, the court notes that Defendants produced Landon Carter's personnel file, therefore, Plaintiff's request is moot. However, as for the Plaintiff's request to any investigation documents regarding Mr. Carter, the court respectfully denies this request. Further, the court denies the Plaintiff's request for Henderson Hill's personnel file.

      As for Defendant's Motion to Compel, the court hereby compels Plaintiff to produce or facilitate the production of his employment records from the last ten years. The court requests that Plaintiff either personally produce the employment record(s), or complete the authorization form(s) provided by Defendant.

Any request, by either party, for attorney's fees in conjunction with these discovery motions is denied. The court will hear oral arguments on Plaintiff's Motion to Compel, ECF No. 22, at the hearing on November 6, 2014 at 10:00 A.M., at the Matthew J. Perry, Jr. Courthouse located in Columbia, South Carolina.

IT IS SO ORDERED.

October 30, 2014  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge