IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| ROBERT CARLIN,<br><br>           Plaintiff,<br><br>    v.<br><br>FEDERAL DEFENDERS OF<br>WESTERN NORTH CAROLINA, INC.,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:13-cv-00365 |

**ORDER**

This matter is before the Court on Plaintiff's Motion for an Extension of Time and Increase in the Number of Allowable Pages for his Brief in response to Defendant's Motion for Summary Judgment. Before being heard by the Court, the parties reached an agreement on Plaintiff's Motion, and now seek the Court's approval of the parties' agreement.

IT IS HEREBY ORDERED that,

1.    Plaintiff is permitted 45 pages for his responsive brief which is due on January 19, 2015; and

2.    Defendant is granted 15-day extension of time in which to file its Reply Brief up to and including, February 13, 2015, and is permitted 35 pages for its Reply Brief in support of its Motion for Summary Judgment.

January 13, 2015
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge