IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| Robert Carlin, | C/A No. 3:13-cv-00365 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| Federal Defenders of Western North Carolina, Inc., | |
| Defendant. | |

The court, having been advised by counsel for the above-captioned parties that this action has settled, hereby orders that this action be dismissed without costs and without prejudice. If settlement is not consummated within a reasonable time, either party may, within 60 days, petition the court to reopen the action and restore it to the calendar. *See* FED. R. CIV. P. 60(b)(6). In the alternative, to the extent permitted by law, either party may, within 60 days, petition the court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax County*, 571 F.2d 1299 (4th Cir. 1978).

The dismissal hereunder shall be *with prejudice* if no action is taken under either alternative within 60 days from the filing date of this order.

IT IS SO ORDERED.

March 13, 2015
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge